UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:16 CV 1380 RWS |
| | ) |
| OFFICEMAX INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Having carefully reviewed defendants' motion to compel and finding that plaintiff has failed to respond to defendants' discovery requests,

**IT IS HEREBY ORDERED** that defendants' motion to compel [12] is granted, and plaintiff shall provide the requested discovery responses, in writing and under oath, and the requested documents, all without objection, within 10 days of the date of this Order.

**Failure to comply with this Memorandum and Order may result in the imposition of sanctions, which could include the dismissal of this action with prejudice.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2017.